02-12-294-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00294-CR

 

 


 
 
 Jose Guadalupe Salazar
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM County
Criminal Court No. 1 OF Denton COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Jose Guadalupe Salazar attempts to appeal from the trial court’s revocation of
his community supervision for assault-family violence.[2] 
On June 29, 2012, the trial court signed an order revoking appellant’s
community supervision and imposing a sentence of ninety days’ incarceration. 
On the same day, the trial court signed a certification of appellant’s right to
appeal, which was also signed by appellant and appellant’s counsel.  The
certification states that appellant “waived [his] right of appeal.”  Nonetheless,
just a few days after signing the certification, appellant filed a notice of
appeal.

          On
July 6, 2012, through a letter, we notified appellant of the contents of the
certification and stated that we would dismiss the appeal unless he filed a
response showing grounds for continuing the appeal.  See Tex. R. App. P.
25.2(a)(2), (d).  We have not received a response.  Therefore, in accordance
with the trial court’s certification, we dismiss this appeal.  See Tex. R.
App. P. 25.2(d) (“The appeal must be dismissed if a certification that shows
the defendant has the right of appeal has not been made part of the record
under these rules.”), 43.2(f); Jackson v. State, 168 S.W.3d 239, 243
(Tex. App.—Fort Worth 2005, no pet.).

 

 

PER CURIAM

 

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  September 13,
2012

 





 









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00294-CR

 

 


 
 
 Jose
 Guadalupe Salazar
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From County Criminal
 Court No. 1
  
 of Denton County (CR-2010-03755-A)
  
 September
 13, 2012
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 









[1]See Tex. R. App. P. 47.4.





[2]See Tex. Penal Code
Ann. § 22.01(a) (West 2011).